FILED
CLERK, U.S. DISTRICT COURT
Oct. 22, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MATILDE GARZA, individually and as surviving heir and successor in interest of ANTONIO F. GARZA, JR. (deceased),

Plaintiff,

v.

COUNTY OF SAN BERNARDINO; BILL ABERNATHY; NICHOLAS KRIDNER; and DOES 1, 3-9.

Defendants.

Case No.: 5:23-cv-01849-CBM-SP

# VERDICT FORM

**Section 1(a) Federal Claims:**

1. Do you find any Defendant liable for violating Antonio Garza's right under the Fourth Amendment to the United States Constitution to be free from excessive force?

Nicholas Kridner ___✓___ YES ______ NO

Bill Abernathy ___✓___ YES ______ NO

2. Do you find any Defendant liable for violating Matilde Garza's right under the Fourteenth Amendment to the United States Constitution to have a relationship with her son?

Nicholas Kridner ___✓___ YES ______ NO

Bill Abernathy ___✓___ YES ______ NO

3. On Plaintiff's claim for violation of the Americans with Disabilities Act and Rehabilitation Act claim, do you find for Plaintiff?

___✓___ YES ______ NO

**Section 1(b)California Law Claims:**

4. On Plaintiff's claim for battery, do you find for Plaintiff against any Defendant?

Nicholas Kridner ___✓___ YES ______ NO

Bill Abernathy ___✓___ YES ______ NO

County of San Bernardino ___✓___ YES ______ NO

5. On Plaintiff's claim for violation of the Bane Act, do you find for Plaintiff against any Defendant?

| | | |
|---|---|---|
| Nicholas Kridner | ✓ YES | ______ NO |
| Bill Abernathy | ✓ YES | ______ NO |
| County of San Bernardino | ✓ YES | ______ NO |

6. On Plaintiff's claim for negligence do you find for Plaintiff against any Defendant?

| | | |
|---|---|---|
| Nicholas Kridner | ✓ YES | ______ NO |
| Bill Abernathy | ✓ YES | ______ NO |
| County of San Bernardino | ✓ YES | ______ NO |

*If you answered "YES" to Question 6, answer question 7. If you answered "NO" to question 6 but answered "YES" to any of questions 1-5, do not answer Question 7, and instead proceed to Question 8. If you answered "NO" to Questions 1-6, please answer no further questions and sign and date the verdict form.*

7. On Plaintiff's wrongful death claim, do you find for Plaintiff against any Defendant?

| | | |
|---|---|---|
| Nicholas Kridner | ✓ YES | ______ NO |
| Bill Abernathy | ✓ YES | ______ NO |
| County of San Bernardino | ✓ YES | ______ NO |

**Section 2—Damages:**

8. What is the amount of Plaintiff's damages?

a. Plaintiff Matilde Garza, personally:

Emotional Pain and Suffering Experienced and that with Reasonable Probability Will be Experienced in the Future:

$ 8 million

Loss of Love, Companionship, Comfort, Care, Assistance, Affection, Society, and Moral Support: $ 10 million

b. Plaintiff Matilde Garza, as successor in interest to Antonio Garza:

Loss of Enjoyment of Life Experienced and that with Reasonable Probability Will be Experienced in the Future:

$ 8 million

Mental and/or Emotional Pain and Suffering Experienced:

$ 2 million

Physical Pain and Suffering Experienced:

$ 6 million

Reasonable Value of Wages, Earnings, Earning Capacity, Salaries, Employment, Business Opportunities, Employment Opportunities, Lost Up to the Present Time and that with Reasonable Probability Will be Lost in the Future:

$ 2.8 million

*If you answered "YES" to any part of Question 5 against Defendants Kridner and/or Abernathy, answer Question 9 for each Defendant for whom you answered "YES." If not, move on to Question 10.*

9. How much of a penalty, if any, do you award against each Defendant that violated the Bane Act?

Nicholas Kridner $ 2.5 million

Bill Abernathy $ 2.5 million

The penalty may not exceed three times the amount of the damages (noneconomic) you award under the Bane Act. *See* Jury Instruction No. 33 at 2(b).

**Section 3—Comparative Fault:**

*If you answered "YES" to any part of Question 6, answer Question 10. If not, proceed to question 11.*

10. Assign a percentage of fault for the harm to each person you believe bears responsibility:

| | |
|---|---|
| Nicholas Kridner | 38 % |
| Bill Abernathy | 30 % |
| County of San Bernardino | 17 % |
| Antonio Garza | 15 % |
| Other individuals (combined) | 0 % |

These numbers must add up to 100%.

**Section 4—Punitive Damages:**

*If you answered "YES" to any part of Question 1 or 2, answer Question 11 for each Defendant for whom you answered "YES."*

11. Do you find any Defendant's conduct that harmed the plaintiff was in reckless disregard of Antonio Garza's or Matilde Garza's rights, oppressive, or malicious. as defined in Jury Instruction No. 38?

| | | |
|---|---|---|
| Nicholas Kridner | ✓ YES | ______ NO |
| Bill Abernathy | ✓ YES | ______ NO |

*If you answered "Yes" to Question 11 for either Defendant, answer Question 12 for that Defendant.*

12. What amount of punitive damages do you award to Plaintiff

A. Against Defendant Bill Abernathy $ 5 million

B. Against Defendant Nicholas Kridner $ 5 million

DATED: 10-22-2026

[redacted]

Foreperson