Dan Stormer, Esq. [S.B. # 101967]
Brian Olney, Esq. [S.B. #298089]
David Washington, Esq. [S.B. #305996]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadellstormer.com
bolney@hadsellstormer.com
dwashington@hadsellstormer.com
rbrown@hadsellstormer.com

Attorneys for Plaintiff
MATILDE GARZA

Christopher P. Wesierski [Bar No. 086736]
*cwesierski@wzllp.com*
Michelle R. Prescott [Bar No.262638]
*mprescott@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, BILL ABERNATHY, and NICHOLAS KRIDNER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATILDE GARZA, individually and as surviving heir and successor in interest of ANTONIO F. GARZA, JR. (deceased),<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; BILL ABERNATHY; NICHOLAS KRIDNER; and DOES 1, 3-9.<br><br>Defendants. | Case No.: 5:23-cv-01849-CBM-SP<br><br>[Assigned to the Honorable Consuelo B. Marshall - Department 8D]<br><br>**JOINT STIPULATION RE: POST-TRIAL MOTION BRIEFING SCHEDULE**<br><br>Complaint filed: Sept. 11, 2023<br>Trial: October 13, 2026 |

Plaintiff Matilde Garza, individually and as surviving heir and successor in interest of Antonio F. Gaza, Jr. ("Plaintiff") and Defendants County of San Bernardino, Bill Abernathy, and Nicholas Krinder ("Defendants") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate to the following schedule for post-trial motions:

**I. Defendants' Post-Trial Motions:**

Defendants shall file any post-trial motion no later than December 21, 2026;

Plaintiff shall file her opposition to Defendants' post-trial motion no later than February 8, 2027; and

Defendants shall file any reply in support of their post-trial motion no later than March 1, 2027.

**II. Plaintiff's Motion for Attorney's Fees:**

Plaintiff shall file any motion for attorney's fees no later than 40 days after entry of judgment;

Defendants shall file any opposition to Plaintiff's motion for attorney's fees no later than 40 days after the filing of Plaintiff's motion; and

Plaintiff shall file any reply in support of her motion for attorney's fees no later than 21 days after the filing of Defendants' opposition.

**IT IS SO STIPULATED.**

Dated: November 11, 2026

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By: /s/ - Brian Olney
Dan Stormer
Brian Olney
David Clay Washington
Rebecca Brown
Attorneys for Plaintiff

Dated: November 11, 2026

Respectfully Submitted,

WESIERSKI & ZUREK LLP

By: /s/ - Christopher P. Wesierski
Christopher P. Wesierski
Michelle R. Prescott
Kristen R. Rodriguez
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, BILL ABERNATHY, and NICHOLAS KRINDER

**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 11, 2026

By: /s/ - Brian Olney
Brian Olney
Attorney for Plaintiff